IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHOK KUMAR GURU** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| : | |
| **SUPERINENDENT ROBERT GILMORE,** : | |
| **SCI-Greene, THE DISTRICT ATTORNEY** : | |
| **OF THE COUNTY OF PHILADELPHIA,** : | |
| **THE ATTORNEY GENERAL OF THE** : | |
| **STATE OF PENNSYLVANIA** : | **NO. 19-5065** |

## ORDER

**NOW**, this 16th day of February, 2021, upon consideration of Ashok Kuman Guru's Petition for Writ of *Habeas Corpus* (Doc. No. 1), the Commonwealth's response to the petition, Mr. Guru's counselled reply, and his Amended Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (Doc. No. 18), the Commonwealth's supplemental response and Mr. Guru's reply, the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document No. 32), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;[1]

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and,

---

[1] The Magistrate Judge's recitation of the factual and procedural history is accurate. His legal analysis is thorough and correct. Therefore, we can add nothing to the well-reasoned and exhaustive report.

4.     There is no probable cause to issue a certificate of appealability.


<u>/s/ TIMOTHY J. SAVAGE J.</u>